# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1032

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Robert Camille, | * | Western District of Missouri. |
| | * | |
| Appellant. | * | [UNPUBLISHED] |

_____

Submitted: May 30, 2001
Filed: June 4, 2001

_____

Before HANSEN, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

The district court[1] committed Robert Camille to the Attorney General's custody, pursuant to 18 U.S.C. § 4245, finding that he was suffering from a mental disease or defect for which he required care and treatment in a suitable facility. Camille appeals.

We are satisfied that the district court's findings are not clearly erroneous, see United States v. S.A., 129 F.3d 995, 1000 (8th Cir. 1997) (standard of review), cert.

_____

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable James C. England, United States Magistrate Judge for the Western District of Missouri.

denied, 118 S. Ct. 1200 (1998), as they are supported by the opinion of both the government's medical expert and Camille's medical expert, see United States v. Lewis, 929 F.2d 440, 442 (8th Cir. 1991) (per curiam); United States v. Steil, 916 F.2d 485, 488 (8th Cir. 1990).

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-